**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-1247**

---

In Re: MUZIO ROBERTO; In Re: MARY K. ROBERTO,

 Debtors.

---

MUZIO ROBERTO; MARY K. ROBERTO,

 Plaintiffs - Appellants,

 versus

JOSEPH NAPOLI; MARION NAPOLI,

 Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Alexander Williams, Jr., District Judge.
(CA-00-3505-AW, BK-98-12440-PM)

---

Submitted: August 29, 2002      Decided: September 4, 2002

---

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Muzio Roberto, Mary K. Roberto, Appellants Pro Se. Thomas Louis
Heeney, LAW OFFICE OF THOMAS L. HEENEY, CHARTERED, Rockville,
Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Muzio Roberto and Mary K. Roberto appeal from the district court's order denying their motion to reconsider a prior order dismissing their appeal from the bankruptcy court. Our review of the record discloses no abuse of discretion and no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Roberto v. Napoli</u>, Nos. CA-00-3505-AW; BK-98-12440-PM (D. Md. Jan. 19, 2001 & Jan. 25, 2002). In light of this disposition, we deny the Appellees' motion for summary dismissal. We deny the Robertos' motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2